# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAWRENCE PRUETT,

    Plaintiff,

vs.

SHERIFF BILL YOUNG, et al.,

    Defendants.

Case No. 3:07-CV-00217-LRH-(RAM)

**ORDER**

    Plaintiff having submitted a Motion for Enlargement of Time to Amend Complaint (#12), and good cause appearing;

    IT IS THEREFORE ORDERED that Plaintiff's Motion for Enlargement of Time to Amend Complaint (#12) is **GRANTED**. Plaintiff shall have an additional thirty (30) days to submit an amended complaint in compliance with the Court's Order (#10).

    DATED this 2nd day of October, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE