UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE PRUETT, | 3:07-CV-0217-LRH (RAM) |
| Plaintiff, | <u>MINUTES OF THE COURT</u> |
| vs. | March 24, 2008 |
| MR. HOLLIGAN, DIRECTOR CLARK COUNTY DETENTION CENTER, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, PRISON HEALTH SERVICES, et al., | |
| Defendants. | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>JENNIFER COTTER</u>          REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Defendant Las Vegas Metropolitan Police Department has filed a Motion for Leave to Take Incarcerated Plaintiff's Deposition (Doc. #27). Defendant's Motion (Doc. #27) is <u>GRANTED</u>.

IT IS HEREBY ORDERED that Plaintiff's deposition is set for April 14, 2008, at 9:00 a.m. at the Northern Nevada Correctional Center. Defendant shall provide Plaintiff with a copy of the deposition at Defendant's expense.

LANCE S. WILSON, CLERK

By:          /s/
       Deputy Clerk