UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| LAWRENCE PRUETT, ) | |
| ) | |
| Plaintiff, ) | 3:07-cv-00217-LRH (RAM) |
| ) | |
| v. ) | |
| ) | O R D E R |
| MR. HOOLIGAN, DIRECTOR CLARK ) | |
| COUNTY DETENTION CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr. (#44[1]) entered on June 11, 2008, in which the Magistrate Judge recommends that the Defendant Las Vegas Metropolitan Police Department's (hereafter "LVMPD") Motion to Dismiss (#20) be denied and Count I of Plaintiff's complaint be dismissed. Plaintiff filed a Motion to Extend Time to File Objections to Report and Recommendation (#45) and Defendants filed a Notice of Non-Opposition (#46). The court granted Plaintiff's requested extension to July 11, 2008, (#47) but Plaintiff did not file an opposition. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

---

[1] Refers to court docket number.

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#44); therefore, Defendant LVMPD's Motion to Dismiss (#20) is GRANTED and Count I of Plaintiff's complaint (#14) is DISMISSED

      The Clerk of the Court shall enter judgment accordingly and close the case.

      IT IS SO ORDERED.

      DATED this 26th day of July, 2008.

      _____
      LARRY R. HICKS
      UNITED STATES DISTRICT JUDGE